UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
MAY 31 2018
US DISTRICT COURT
NEW ALBANY DIVISION

| | |
|---|---|
| EUGENE E. SALESMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | **NOTICE OF REMOVAL** |
| v. ) | |
| ) | 4 : 18-cv- 0 0 9 6 TWP -DML |
| YELLOW AMBULANCE SERVICES, ) | Case Action No.:_____ |
| ) | |
| Defendant ) | |

The Defendant, Yellow Ambulance Services (correct name Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services) pursuant to 28 U.S.C. § § 1332, 1441, and 1446, respectfully submit this Notice of Removal of this action from the Circuit Court No. 1 of Clark County, Indiana, the court in which this case is presently pending, to the United States District Court for the Southern District of Indiana (New Albany). As grounds for this removal, Defendant, Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services, states as follows:

## LITIGATION FACTS

1. On or about May 10, 2018, the Plaintiff filed a Complaint against the Defendant in the Circuit Court No. 1 of Clark County, Indiana, captioned *Eugene E. Salesman v. Yellow Ambulance Services*, bearing case number 10C01-1805-CT-000082. A copy of the complete Clark Circuit Court case file is attached as Exhibit A.

## CITIZENSHIP OF THE PARTIES AND THE PLAINTIFFS' ALLEGATIONS

2. Plaintiff Salesman resides in Jeffersonville, Clark County, Indiana, and he asserts that he was injured by Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services in Jeffersonville, Clark County, Indiana on May 15, 2016.

5. Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services is a Limited Liability Company organized in the Commonwealth of Kentucky. According to the Indiana Secretary of State, its principal place of business is 545 S. Third Street, Suite 310, Louisville, Kentucky, 40202. *See* Exhibit B.

6. Yellow Enterprise Systems, LLC's members (Craig L. Mackin and Jeffrey L. Mackin) are both residents and citizens of the Commonwealth of Kentucky.

7. In view of the fact that Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services is not a citizen of the State of Indiana, nor are any of its members citizens of the State of Indiana, this action is between citizens of different states over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), and it is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(a)-(b).

## AMOUNT IN CONTROVERSY

8. The Plaintiff has not specifically plead alleged damages, but Plaintiff claims his monetary damages are in excess of the jurisdictional amount.

9. According to counsel for Plaintiff, Mr. Salesman "broke his leg in three places" and "has underwent five surgeries in order to treat same."

10. In addition to claimed medical expenses for "five surgeries," Plaintiff is also claiming pain and suffering damages, future medical expenses and lost wages.

11. While Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services specifically denies the Plaintiff's claims and/or entitlement to any of the above remedies, it is evident that the Plaintiff's claim for damages exceeds $75,000.00, and the same has been represented by Plaintiff's counsel.

## REMOVAL

12. Because there is complete diversity of citizenship between the properly joined parties and because the amount in controversy in excess of $75,000.00, the United States District Court for the Southern District of Indiana (New Albany) has original jurisdiction over this matter.

13. Pursuant to 28 U.S.C. § 1441, et seq., the right exists to remove this case to the United States District Court for the Southern District of Indiana (New Albany), which embraces the place where the action is currently pending.

14. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of the receipt of the Summons and Complaint in this matter.

15. As required by 28 U.S.C. § 1446(d), Defendant shall promptly file a copy of this Notice of Removal with the Circuit Court No. 1 of Clark County, Indiana, and

serve copies of this Notice of Removal on the Plaintiff's counsel.

WHEREFORE, Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services, respectfully gives notice that the above-captioned action now pending in the Circuit Court No. 1 of Clark County, Indiana, is removed pursuant to 28 U.S.C. §§ 1332 and 1441 to this Court, that this Court accept jurisdiction over this action, and henceforth that this action be placed upon the docket of this Court for further proceedings, as if this case had been originally instituted in this Court.

Respectfully submitted,

_____
Nicholas R. Hart
PHILLIPS PARKER ORBERSON & ARNETT, PLLC
716 W. Main Street, Suite 300
Louisville, KY 40202
502-583-9900
NHart@ppoalaw.com
*Counsel for Defendant Yellow Enterprise Systems, LLC, d/b/a Yellow Ambulance Services*

## CERTIFICATE OF SERVICE

      This is to certify that a true and exact copy of the foregoing was served via email and U.S. Mail, postage prepaid, on the 31st day of May, 2018 to:

John M. Mayer, Jr
501 Eastern Blvd.
Clarksville, N 47129
reyam2222@aol.com
*Counsel for Plaintiff*

 

/s/ NRH

_____
Nicholas R. Hart
PHILLIPS PARKER ORBERSON & ARNETT, PLLC
716 W. Main Street, Suite 300
Louisville, KY 40202
502-583-9900
NHart@ppoalaw.com
*Counsel for Defendant Yellow Enterprise Systems, LLC,
d/b/a Yellow Ambulance Services*