10C01-1805-CT-000082
Clark Circuit Court 1

Filed: 5/9/2018 7:08 PM
Susan Popp
Clerk
Clark County, Indiana

IN THE CIRCUIT #____ COURT OF CLARK COUNTY
STATE OF INDIANA

EUGENE E. SALESMAN,
                Plaintiff

vs.                                                     CASE NO. _____

YELLOW AMBULANCE SERVICES,
                Defendant

# APPEARANCE

1. The party on whose behalf this form is being filed is:
    Initiating __X__    Responding _____    Intervening _____; and

    The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of Party:       EUGENE E. SALESMAN
    Address of Party:    1534 Plank Road #25
                         Jeffersonville, IN  47130

    Telephone Number of Party:

2. Attorney information (as applicable for service of process and pursuant to TR 5(B)(2):

    JOHN M. MAYER, JR.
    Attorney No. 9105-10
    501 Eastern Boulevard
    Clarksville, IN  47129
    Telephone: 812-288-1235
    Fax: 812-288-1240
    Reyam2222@aol.com

    Each attorney specified on this appearance:
    (a) Certifies that the contact information listed for each attorney on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b) Acknowledges that all orders, opinions, and notices from the Court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
    (c) Understands that she/he is solely responsible for keeping her/his Roll of Attorneys contact information current and accurate pursuant to Ind. Admis. Disc. R. 2(A).


EXHIBIT A

3. Will counsel for this Party accept service by Fax:   No

4. Case Type Requested:        Civil Tort

5. Are there related cases?   No

   If yes, list case and number:

6. Additional information required by State or Local Rule: _____

/s/ JOHN M. MAYER, JR.
ATTY NO.:   9105-10
Attorney for Plaintiff
501 Eastern Boulevard
Clarksville, IN  47129
PHONE:       (812) 288-1235
FAX:         (812) 288-1240

10C01-1805-CT-000082

Clark Circuit Court 1

Filed: 5/9/2018 7:08 PM
Susan Popp
Clerk
Clark County, Indiana

IN THE CIRCUIT #____ COURT OF CLARK COUNTY
STATE OF INDIANA

EUGENE E. SALESMAN,
          Plaintiff

vs.                              CASE NO. _____

YELLOW AMBULANCE SERVICES,
          Defendant

## COMPLAINT

Comes the Plaintiff, EUGENE E. SALESMAN, by and through his attorney, John M. Mayer, Jr., and for his cause of action against the Defendant, YELLOW AMBULANCE SERVICES, states as follows:

    1.    That the Plaintiff, Eugene E. Salesman, was a resident of Clark County, Indiana, on or about May 15, 2016.

    2.    That Defendant, Yellow Ambulance Services, is a corporation doing business in the State of Indiana.

    3.    That on or about May 15, 2016, the Plaintiff, Eugene E. Salesman, suffered a seizure in his house, located at 1534 Plank Road, Lot 25, in Jeffersonville, Clark County, Indiana.

    4.    That Plaintiff's son, Nikolas Salesman, called 911 and the Defendant, Yellow Ambulance Services, came to the home of the Plaintiff for emergency services to assist the Plaintiff in his medical crises.

    5.    That on May 15, 2016, and upon arriving at the Plaintiff's residence, the Defendant's agents and/or employees acted in such a grossly negligent and careless manner so as to cause the Plaintiff to incur serious permanent personal injury and the damages which are

hereinafter claimed.

6. That as a result of the gross negligence of the Defendant and its agents and/or employees, the Plaintiff, Eugene E. Salesman, was caused to sustain severe and permanent personal injuries; to incur medical expenses; to endure mental and physical pain and suffering, both in the past and in the future; and, destruction of his ability to labor and earn money.

7. That the Defendant, Yellow Ambulance Services, being a business providing medical assistance, owed the highest duty of care to its patients.

WHEREFORE, the Plaintiff, EUGENE E. SALESMAN, demands judgment against the Defendant, YELLOW AMBULANCE SERVICES, in a reasonable sum which will compensate him for his injuries; medical expenses; mental and physical pain and suffering, both in the past and in the future; his loss of ability to labor and earn money; the costs of this action; a trial by jury; attorney fees; and, for all other necessary and proper relief in the premises.

/s/ JOHN M. MAYER, JR.
ATTORNEY NO.: 9105-10
Attorney for Plaintiff
501 Eastern Boulevard
Clarksville, IN  47129
PHONE: (812) 288-1235
FAX:   (812)288-1240

10C01-1805-CT-000082

Clark Circuit Court 1

Filed: 5/9/2018 7:08 PM
Susan Popp
Clerk
Clark County, Indiana

IN THE CIRCUIT #_____ COURT OF CLARK COUNTY
STATE OF INDIANA

EUGENE E. SALESMAN,
           Plaintiff

vs.                                     CASE NO. _____

YELLOW AMBULANCE SERVICES,
           Defendant

# SUMMONS

THE STATE OF INDIANA TO DEFENDANT    **Yellow Ambulance Services**
ADDRESS:    SERVE:  Jeffrey L. Mackin, 545 S. 3rd St., Ste. 310, Louisville, KY 40202

    You have been sued by the person(s) named "Plaintiff," in the Court stated above.
    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiff has made against you.
    You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.
    If you deny the demand and/or have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.
    It is suggested that you consult with an attorney of your choice regarding this matter.
    The following manner of service of Summons is hereby designated:    **Certified Mail - Return Receipt Requested.**

Date: _____5/10/2018_____, 2018

JOHN M. MAYER, JR.
ATTORNEY FOR PLAINTIFF
ATTORNEY NO.:    9105-10
501 Eastern Boulevard
Clarksville, IN    47129
Telephone:  (812) 288-1235

_____/s/ Susan Popp_____
Clerk of the Courts of Clark County, Indiana

10C01-1805-CT-000082

Clark Circuit Court 1

Filed: 5/9/2018 7:08 PM
Susan Popp
Clerk
Clark County, Indiana

IN THE CIRCUIT #____ COURT OF CLARK COUNTY
STATE OF INDIANA

EUGENE E. SALESMAN,
        Plaintiff

vs.                                    CASE NO. _____

YELLOW AMBULANCE SERVICES,
        Defendant

## COMPLAINT

Comes the Plaintiff, EUGENE E. SALESMAN, by and through his attorney, John M. Mayer, Jr., and for his cause of action against the Defendant, YELLOW AMBULANCE SERVICES, states as follows:

1. That the Plaintiff, Eugene E. Salesman, was a resident of Clark County, Indiana, on or about May 15, 2016.

2. That Defendant, Yellow Ambulance Services, is a corporation doing business in the State of Indiana.

3. That on or about May 15, 2016, the Plaintiff, Eugene E. Salesman, suffered a seizure in his house, located at 1534 Plank Road, Lot 25, in Jeffersonville, Clark County, Indiana.

4. That Plaintiff's son, Nikolas Salesman, called 911 and the Defendant, Yellow Ambulance Services, came to the home of the Plaintiff for emergency services to assist the Plaintiff in his medical crises.

5. That on May 15, 2016, and upon arriving at the Plaintiff's residence, the Defendant's agents and/or employees acted in such a grossly negligent and careless manner so as to cause the Plaintiff to incur serious permanent personal injury and the damages which are

hereinafter claimed.

6. That as a result of the gross negligence of the Defendant and its agents and/or employees, the Plaintiff, Eugene E. Salesman, was caused to sustain severe and permanent personal injuries; to incur medical expenses; to endure mental and physical pain and suffering, both in the past and in the future; and, destruction of his ability to labor and earn money.

7. That the Defendant, Yellow Ambulance Services, being a business providing medical assistance, owed the highest duty of care to its patients.

WHEREFORE, the Plaintiff, EUGENE E. SALESMAN, demands judgment against the Defendant, YELLOW AMBULANCE SERVICES, in a reasonable sum which will compensate him for his injuries; medical expenses; mental and physical pain and suffering, both in the past and in the future; his loss of ability to labor and earn money; the costs of this action; a trial by jury; attorney fees; and, for all other necessary and proper relief in the premises.

/s/ JOHN M. MAYER, JR.
ATTORNEY NO.: 9105-10
Attorney for Plaintiff
501 Eastern Boulevard
Clarksville, IN 47129
PHONE: (812) 288-1235
FAX: (812)288-1240

Filed: 5/23/2018 1:31 PM
Susan Popp
Clerk
Clark County, Indiana

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   llow Ambulance Servces
   c/o Jeffrey L. Mackin
   545 S. 3rd St., Ste 310
   Louisville, KY 40202

   9590 9402 2579 6336 7128 05

2. Article Number (Transfer from service label)

   7015 0640 0007 0295 9197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] Felton
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Felton

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



Filed: 5/23/2018 1:31 PM
Susan Popp
Clerk
Clark County, Indiana

IN THE CIRCUIT #1 COURT OF CLARK COUNTY
STATE OF INDIANA

EUGENE E. SALESMAN,
           Plaintiff

vs.                                         CASE NO. 10C01-1805-CT-082

YELLOW AMBULANCE SERVICES,
           Defendant

## **NOTICE OF PROOF OF SERVICE**

I certify that on May 21, 2018, I served a copy of the Complaint upon the Respondent, YELLOW AMBULANCE SERVICES by serving it c/o of Jeffrey L. Mackin, at 545 S. 3rd St., Ste 310, Louisville, KY 40202, by certified mail, return receipt requested, No. 7015 0640 0007 0295 9197 with sufficient postage thereon. Attached is the return receipt card showing T. Yelton did sign for and receive the above document on behalf of the Respondent.

/s/ JOHN M. MAYER, JR.
ATTY. NO.: 9105-10
Attorney for Petitioner
501 Eastern Boulevard
Clarksville, IN 47129
PHONE: (812) 288-1235
FAX: (812) 288-1240